UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                  :
JASON CLAIBORNE and TISCHEN FRANKLIN,  :
                                                  :
                    Plaintiffs,       :   08 Civ. 10864 (DLC)
                                                  :
          -v-                          :     ORDER OF
                                                  :   DISCONTINUANCE
THE CITY OF NEW YORK; NEW YORK CITY   :
DEPARTMENT OF PARKS & RECREATION; URBAN :
PARK RANGER JOHN DOE; URBAN PARK RANGER :
JOHN ROE; and URBAN PARK RANGER JANE   :
DOE, individually and in their official :
capacities, (the names John Doe, Jane   :
Doe, and John Roe being fictitious, as  :
the true names are presently unknown),  :
                                                  :
                    Defendants.       :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/09
```

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           April 30, 2009

                                        _____
                                             DENISE COTE
                                  United States District Judge